B0696

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED

JUN 28 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANI

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 2:23-cr-146 |
| | ) |
| v. | ) (18 U.S.C. §§ 2, 231(a)(3), 371, 844(h)(1)) |
| | ) |
| BRIAN DIPIPPA | ) **[UNDER SEAL]** |
| KRYSTAL DIPIPPA | ) |

## INDICTMENT

## COUNT ONE

The grand jury charges:

### THE CONSPIRACY AND ITS OBJECTS

On or about April 18, 2023, in the Western District of Pennsylvania, defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA, and other persons unknown to the grand jury, did knowingly conspire and agree, together and with each other, to commit offenses against the United States, those offenses being the Obstruction of Law Enforcement During Civil Disorder, in violation of Title 18, United States Code, Section 231(a)(3), and Use of an Explosive to Commit a Federal Felony, in violation of Title 18, United States Code, Section 844(h)(1).

### MANNER AND MEANS OF THE CONSPIRACY

It was part of the conspiracy that, on or about April 18, 2023, defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA, and other persons unknown to the grand jury, conspired and agreed to obstruct, impede and interfere with law enforcement officers during the performance of their law enforcement duties during a civil disorder involving an assemblage of more than three persons at and around the O'Hara Student Center at the University of Pittsburgh in the Oakland section of the City of Pittsburgh.

### OVERT ACTS

In furtherance of the conspiracy, and in order to effect the objects of the conspiracy, defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA committed the following overt acts in the Western District of Pennsylvania:

1.      On or about April 18, 2023, defendant BRIAN DIPIPPA possessed a firework and two smoke devices in the vicinity of the O'Hara Student Center at the University of Pittsburgh.

2.      On or about April 18, 2023, defendant KRYSTAL DIPIPPA travelled by vehicle with defendant BRIAN DIPIPPA to the vicinity of the O'Hara Student Center at the University of Pittsburgh.

3.      On or about April 18, 2023, at approximately 7:00 p.m., defendant BRIAN DIPIPPA placed an ignited smoke device onto the ground in and around persons who were waiting to attend an event at the O'Hara Student Center at the University of Pittsburgh.

4.      On or about April 18, 2023, at approximately 7:15 p.m., defendant BRIAN DIPIPPA placed a second ignited smoke device onto the ground in and around police officers and persons who were waiting to attend an event at the O'Hara Student Center at the University of Pittsburgh.

5.      On or about April 18, 2023, at approximately 7:30 p.m., defendant KRYSTAL DIPIPPA provided cover, shielded and concealed defendant BRIAN DIPIPPA while defendant BRIAN DIPIPPA ignited a firework in the vicinity of the O'Hara Student Center at the University of Pittsburgh.

6.      On or about April 18, 2023, at approximately 7:30 p.m., defendant BRIAN DIPIPPA tossed the ignited firework into a group of approximately twelve law enforcement officers executing their official duties in the vicinity of the O'Hara Student Center at the University of Pittsburgh, resulting in injuries to several of the officers.

In violation of Title 18, United States Code, Section 371.

COUNT TWO

The grand jury further charges:

On or about April 18, 2023, in the Western District of Pennsylvania, defendants BRIAN DIPIPPA and KRYSTAL DIPIPPA did willfully commit and attempt to commit an act to obstruct, impede and interfere with a law enforcement officer lawfully engaged in the performance of the officer's official duties, incident to and during the commission of a civil disorder which obstructed, delayed and adversely affected commerce and the movement of articles and commodities in commerce, to wit: the defendants, BRIAN DIPIPPA and KRYSTAL DIPIPPA, incident to and during the commission of a civil disorder in the vicinity of the O'Hara Student Center at the University of Pittsburgh in the Oakland section of the City of Pittsburgh, which disorder obstructed, delayed and adversely affected interstate commerce and the movement of articles and commodities in interstate commerce, did move and attempt to move steel barriers and use an ignitable smoke generating device and an ignitable firework to obstruct, impede and interfere with law enforcement officers lawfully engaged in the performance of official duties.

In violation of Title 18, United States Code, Sections 2 and 231(a)(3).

3

## COUNT THREE

The grand jury further charges:

On or about April 18, 2023, in the Western District of Pennsylvania, defendant BRIAN DIPIPPA did use an explosive, as that term is defined in Title 18, United States Code, Section 844(j), to commit a felony which may be prosecuted in a Court of the United States, to-wit: defendant, BRIAN DIPIPPA used an explosive to obstruct, impede and interfere with a law enforcement officer engaged in the performance of official duties, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 844(h)(1).

A True Bill,

FOREPERSON

ERIC G. OLSHAN
United States Attorney
IL ID No.  6290382

SHAUN E. SWEENEY
Assistant United States Attorney
PA ID No. 53568

4