UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 2:23-cr-00146-NR |
| | : | |
| v. | : | |
| | : | |
| BRIAN DIPIPPA, | : | |
| | : | HONORABLE JUDGE |
| DEFENDANT. | : | J. NICHOLAS RANJAN |

<u>SUPPLEMENT TO ECF 62 – EXHIBIT B</u>

AND NOW, comes the Defendant Brian DiPippa by and through undersigned counsel, who files on his behalf this Supplement to his Brief filed at ECF 62.  The Supplement, marked as Exhibit B contains Letters for the Court's consideration written on Mr. Dipippa's behalf, and includes letters from:

| | | | |
|---|---|---|---|
| Aileen Alfandary | Karen Drischler | Will R. Logan | Holly Spohn |
| Antonietta Bartone | Meilani Erickson | Quincy McCoy | Brendon Thompson |
| Vanessa Byer | Nina Gettemy | Margie Navarro | Tim Vining |
| Rachel Cannon | Alejandro Gomez | Bruce Paul | Ian Wallace |
| Raquel Castiel | James Herbert | Tim Pozar | Amanda Zeiders |
| Joshua Clover | Rick Kelley | Rachel Rosnick | Joe Dipippa |
| Elwin Cotman | Lauren LoBue | Juliana Spahr | Kathryn Dipippa |

Respectfully submitted,
THE DERISO LAW GROUP

*/s/ Michael J. DeRiso*

_____

MICHAEL J. DeRISO, ESQUIRE
Pa. Supreme Court Id. No.:  76555
*Counsel to Defendant Brian Dipippa*

2100 Law & Finance Building
429 Fourth Avenue
Pittsburgh, Pennsylvania 15219
Phone: 412.765.1100
Email:  derisio_esq2@msn.com

October 24, 2023

ECF 62 – EXHIBIT B

Aileen Alfandary
1716 Milvia St.
Berkeley, CA 94709

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Brian Dipippa
2:23-cr-00146-NR

Dear Judge Ranjan:

I am writing on behalf of my former colleague Brian Dipippa. I retired in April as the News Co-
Director at Radio Station KPFA-FM in Berkeley after a 44 year long career there. During my
last eight years, Brian served as the chief engineer.

I had the chance to interact most closely with Brian during a six month period between
October of 2020 and April of 2021 when KPFA's General Manager organized regular 90
minute management training sessions with an independent facilitator, usually attended by
nine managers and supervisors. Brian was calm and reflective during these sessions and
demonstrated a commitment to the principles of "nonviolent communication".

As KPFA's chief engineer he operated in an open and empathetic way while troubleshooting
multiple technical issues in a high-stress environment. He kept his calm even while fielding
competing staff demands and occasional equipment malfunctions caused by earthquakes,
subterranean flooding and more. Another example stands out. After Brian had invested many
hours to investigate and coordinate with an outside vendor to provide new News Department
recording and playback software, one of our news staff lodged an objection and insisted we
revert to the previous software. Even though I knew Brian disagreed with the request, he
agreed to go along with the proposal, saying he wanted to best serve the needs of the staff he
was supporting.

During my eight years of interacting with Brian I found him to be hard working, trustworthy,
principled and an adherent of open communication. I would be happy to testify to any of the
above under oath. Thank you for taking the time to consider my comments.

Sincerely,


Aileen Alfandary
Former KPFA News Co-Director (retired)

 Gmail

**Jim Smith <jms@derisolaw.com>**

## Letter of support for Brian DiPippa
1 message

**t b** <tbartone@gmail.com>                                                                                   Mon, Oct 23, 2023 at 3:02 AM
To: jms@derisolaw.com

James M. Smith
DeRISO LAW GROUP
429 Fourth Avenue
Law & Finance Building, Suite 2100
Pittsburgh, Pennsylvania 15219

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Brian Dipippa
2:23-cr-00146-NR

Dear Judge Ranjan,

I have been asked to write a letter to the Court on Brian's behalf to help the Court address his continued detention.

I first met Brian during a period of popular and active anti-war organizing locally, at the time of the start of the U.S. wars with Iraq and Afghanistan. I have known Brian for around 20 years.

I can say with confidence that Brian is someone who is deeply affected by the suffering of others. When I met him as a high school student, he had already begun to educate himself of the harms of war, poverty, and racial and gender-based oppression. He has assisted many members of our community during their times of need, related to financial, housing, and health considerations.

During the mid 2000s, I noted that Brian is a caring and dedicated individual who volunteered his time and energy every weekend to help with food distibutions to hungry people. At the group we volunteered with, he was able to welcome newcomers and build solid friendships with regular attendees.

This was an effort in which the group obtained and cooked discarded food and provided hot meals to anyone hungry, primarily unhoused people. This was done on a consistent basis for the purpose of sharing an essential resource and toward the social aim of mutual aid. During this period, I collaborated with Brian and others on benefits, repairing old houses, and building community spaces. Our shared projects had the goals of uplift and anti-poverty.

In all the time I've known Brian, I haven't seen him turn away from an opportunity to help someone, even if inconvenient or challenging.
He was always steadfast in offering to assist friends who were in trouble. Most recently, he has assisted me many times over the past few years in caregiving for a friend who had survived and was recovering from a major illness. He provided help with groceries, emotional and material support, and positive energy to the situation. Additionally, he checked in to ask how I was doing after I had gone through a car accident. He is well-loved and missed by his community, and I sincerely hope to see his release.

Thank you for taking time to consider the contents of this letter. I can be present, either in person or by videoconference to testify on Brian's behalf.

Antonietta Bartone
Familylinks
250 Shady Ave.
Pittsburgh PA 15206

To Whom It May Concern:

I am writing as a friend and neighbor of Brian and Krystal DiPippa, who lived together in an apartment almost directly across the street from me. Brian and I met in 2006 or 2007, and over time he has come to feel like a younger brother to me. Even when he moved to California, he always seemed to reappear precisely when I needed him. He showed me so much kindness after the sudden death of my husband--holding my hand as I sobbed, listening to me grieve aloud, listening to story after story, and sharing some of his memories with me. He even surprised me by helping to raise funds to cover expenses like rent, bills, food, pet supplies, and some funeral expenses. I don't know what I would have done without him. I met Krystal once or twice when Brian brought her to visit with him in Pittsburgh. I've gotten to know her better after she and Brian moved here, and have come to consider her a good friend as well.

Kind to everyone, friendly, compassionate, always smiling, always among the first to offer their help, always alert to others who suffer injustice and moved to take action, Brian and Krystal were some of the most wonderful neighbors I've ever had. I miss our conversations in my front yard when we'd run into one another. I miss hearing their intelligent perspectives on what is taking place in our world. I was very sad to see them suddenly feel so unsafe that they decided (as if it was really a "choice") it was best for them to leave if they were ever going to feel at peace again. And who on Earth could ever feel safe enough to fall asleep there after that morning when the FBI served their no-knock search warrant with an explosive of their own? That morning, at 6:00, the entire block startled awake to a completely unnecessary flash grenade. They frightened away people I care about, people who have helped to care for me during my recent, ongoing struggle with cancer and its treatments over the years they lived here.

In March of 2019, I was diagnosed with polymorphous intermediate-grade adenocarcinoma of the soft palate, sinuses, and the lymph nodes on both sides of my neck. I lost much of my face to surgery--the roof of my mouth, all of my upper teeth, much of the structure of my nose, the ocular bone below my right eye. The first round (of many yet to come) of reconstruction gave me a kind of substitute for a soft palate, made from a bone taken from my left leg, and skin harvested from my left thigh. 2 months later, shortly after I was released from the hospital, I began radiation therapy--going 5 days a week for approximately 30 sessions, and receiving a very high amount; with a 70% chance of recurrence (as estimated by my ENT specialist and surgeon), I gave my consent. Since my first surgery, I've had to re-learn how to stand, sit, balance, walk, speak, swallow, eat, drink...; I had to figure out how to exist in what felt like a completely different body. I needed help with almost everything from transportation and support at an unfathomable number of medical appointments, to running errands (picking up prescriptions, groceries, eg.), to doing chores, to some parts of my personal care, to emotional support, to helping me take care of my dog (walking her, taking her to veterinary appointments, etc.) so that my illness did not force me to surrender her either to an adopter to a shelter. I've needed further help as issues with my health have sent me back to the hospital a few times, sometimes for days, sometimes for weeks and

weeks. And there are everyday things I still need help with. I'm so grateful for their kindness.

It takes a very special kind of person to do what they've done for me (and my dog). When we were together, They showed me sincere care--selflessly generous, always willing to listen when I need to talk, always cheerful about helping me with what felt, sometimes, like big favors. During Covid, it was rare to have help like theirs, as people were so afraid of getting me sick (my immunity was seriously compromised), that many kept their distance. But I needed people. And I knew that I could always rely on Brian and Krystal. They never once did or said anything that caused me to feel like a burden. And when we've been together after the world stopped wearing masks, I never felt self-conscious as if they might be staring at the parts of my face and neck where the tumor was removed. I can't emphasize enough how much that means to me. We live in a society where women are still socialized to believe that most of our worth comes from our physical appearance. A lot of people stare when they see faces like mine, and that leaves me feeling lonely in a way that eludes description. But Brian and Krystal have always made me feel so at ease that I never find myself worrying that I look ugly, disfigured, or disgusting. They've only been generous, thoughtful, encouraging in my experience. I feel so fortunate to know them and have their friendship.

Sincerely,
Vanessa Byer.

---------- Forwarded message ---------
From: **rachelcannon87** <rachelcannon87@gmail.com>
Date: Sun, Jul 2, 2023 at 9:00 AM
Subject: Peppy
To: <vanessavesch@gmail.com>


My interactions with Peppy have all been pleasant. His first impression was of a kind man who was helping his friend, my neighbor, through her cancer. When working in my lawn if Peppy happened by, he would always stop to say hello and chat about random things from the weather to the beauty of the human race. Having worked in the public library system in Allegheny County for 20 years, I have encountered many types of people and you start to get a feel when someone is not of good character. Peppy never fell into that category. He has always been friendly, helpful, compassionate, and kind.

Rachel Cannon
Library Services Manager
Carnegie Library of Pittsburgh -- Hazelwood

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re: United States v. Brian DiPippa
2:23-cr-00146-NR

I, Raquel Castiel have been asked to write a letter to the court on Brian DiPippa's behalf to help the court address his continued detention.

I have known Brian DiPippa Since 2012 When he moved to Oakland, California. Ever since I met him I knew he was a kind person who cared about the rights and equality of all human beings. Brian worked at Youth Radio In Oakland, a non profit that was created to support disenfranchised youth feel empowered through arts and journalism. He not only was a lead technician making sure the program ran smoothly, but also taught the youth skills they were able to use to make podcasts, videos, and radio shows where they could express themselves and share information about social justice issues. Brian also trained teenagers in tech skills which could advance their chances in employment later, helping them to escape poverty and have a future to look forward to.

Brian also assisted me at Bunche High School, a continuation school where I worked when Brian still lived in Oakland. This continuation school was catered towards students who were reentering high school after having spent time in Juvenile Hall, recovering from serious health issues, homelessness or other traumas that kept students away from school. Within my English classes I incorporated media projects for students to engage in creative ways. Brian came to support me in setting up the activities for the students free of charge.  He trained me on how to use cameras, microphones and editing programs as well as shared ideas about creative projects. He was excited to volunteer his time to give back to the community.

I also had the pleasure to work with Brian while we volunteered to run a print shop at a  community center in West Oakland. Once again Brian used his skills to teach community members screen printing and printing on a risograph printer. Brian worked for free to help community members print images and statements related to different social justice issues. Brian has spent most of his life sacrificing his time and energy to uplift the voices of the disenfranchised and supporting people in all ways he knows how.

I want to thank the judge, the Honorable J. Nicholas Ranjan for taking time to consider the contents of my letter. I am also available for any further questions or statements needed via video conference on Brian's behalf.

Raquel Castiel
Teacher; Oakland Unified School District
Oakland, California

UNIVERSITY OF CALIFORNIA, DAVIS

BERKELEY • DAVIS • IRVINE • LOS ANGELES • RIVERSIDE • SAN DIEGO • SAN FRANCISCO



SANTA BARBARA • SANTA CRUZ

Joshua Clover
*Professor of English and Comparative Literature*
affiliations: French & Italian, Critical Theory, Film Studies, Cultural Studies
*Professor of Literature and Modern Culture, University of Copenhagen*

ENGLISH DEPARTMENT
ONE SHIELDS AVENUE
DAVIS, CALIFORNIA 95616-8581
DIRECT TELEPHONE: (530) 752-0386
jclover@ucdavis.edu

16 October 2023

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Dear Honorable Judge Rangan,

I write of behalf of Brian DiPippa, currently detained at Butler County Prison. My understanding is that you will be holding a hearing to adjudicate his further detention. I hoped to take this opportunity to offer my support to Mr. DiPippa and offer my hopes that you will allow reasonable bail toward his pretrial release. I do not believe in any regard that he poses a flight risk or a threat to the community. If anything, the reverse.

I have known Mr. Di Pippa for approximately a dozen years. I am a native of Oakland, CA, and Mr. DiPippa spent some amount of time in and around the Bay Area. I know him both socially — we met through common friends engaged in community support work — and professionally, in his guise as a website technician/IT person.

His main work was for KPFA, one of California's two most venerable sister stations in public radio. The station has a storied history. It has served as a community voice and outlet for three-quarters of a century. During that time, beloved and successful, it grew to considerable size, prestige, and professionalism. Its employees tend to be both open- and civic-minded; at the same time, it operates at a scope and level of seriousness that it vets employees with care, and is scarcely a home for malcontents and ne'er-do'wells. Progressive professionalism is its watchword and it is no small matter that Mr. DiPippa found employment there.

But he also donated his skills to various community-based projects. I myself have tried in small ways, beyond being a university teacher, to take part in shared community projects, and it was in this guise that I met Mr. DiPippa. I helped run a small, non-profit poetry press (is there any other kind?). We had a website and not much skill in making it work. Mr. DiPippa made himself available to offer. Technical support and know-how. In this regard I know him as kind, funny, generous, pacific, and humane. I am a literature professor and though I have done my best to learn, I am often at a loss when it comes to tech stuff; Brian was always knowledgeable, patient, and willing to offer his expertise even when we could not pay. I have no doubt our efforts to support the local literary community would have come to nought without his help.

I cannot of course render any opinion as to the matters for which he faces trial, other than to say, the accusations do not comport with my own experiences. But I can say with authority that Mr. DiPippa is honorable, dependable, and committed to being deeply woven into the fabric of his community wherever he is. For these reasons it strikes me as wholly implausible that he

would be a risk to have at large, or that he would abandon his friends and family, or that he would put himself or anyone else at risk. I hope very much you will consider allowing him to return to his community as he faces both trial and his human obligations.

Thank you very much for taking the time to read and consider this plea. If there is any further way that I can offer assistance either to the court or to Mr. DiPippa, I hope you will let me know; I am happy to be physically (my job allowing) or virtually present for some portion of the trial, as a form of civic duty to the court and to justice.

With regards,

Joshua Clover

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re:  United States v. Brian Dipippa
     2:23-cr-00146-NR

Dear Judge Ranjan,

I have been asked to write the Court on behalf of Brian DiPippa to help the Court address his continued detention. Since the early 2000s, it has been my honor and privilege to call him a friend. We met feeding the homeless through Food Not Bombs, and over the years he took that community work seriously, to the point he opened his own apartment as the cooking spot for the Pittsburgh Food Not Bombs chapter.

Organizing to help others has been his passion over the decades. In both Pittsburgh and the Bay Area, Brian became known as a loyal, dependable person who would drop whatever he had going on to help friends or strangers; his effect on people extended far beyond social justice work to the community at large. I've personally lost track of how many times he was there for me when I needed it. In particular, over my career as a writer, he has been a constant source of positivity regarding my art, and I believe pursuing my passions would have been much harder were it not for his kind encouragement. There are people in the world who do for others based on a sense of obligation. Then there are people like Brian, for whom it's entirely instinctive. During a trying time like this, he should be with his community and his loving wife. Please grant Brian his freedom.

Sincerely,
Elwin Cotman

10/16/2023

Dear The Honorable Judge J. Nicholas Ranjan,

I am writing to express my unwavering support for my brother, Brian, as he faces the upcoming detention hearing for his federal trial. Brian is not only my brother, but he is also the most loving and caring individual I have ever had the privilege of knowing.

Throughout his life, Brian has demonstrated an exceptional commitment to helping others. His calming demeanor and caring words have been a source of inspiration for me personally. Whether it's supporting the unhoused or volunteering at a bicycle store for low income families Brian has always been a dedicated force for positivity in his local community.

Within our immediate family, Brian has been a consistent source of strength during challenging times. He and his wife, Krystal, are currently in the process of rehabilitating the long-standing family home. Recently, Brian and I undertook the project of jointly restoring old family photos and providing copies to the older generations who thought those photos had been destroyed forever. I live across the country in California so I've relied on Brian's compassion to keep a watchful eye on our father and his diabetes, our uncle at the VA home, as well as regularly visiting our great aunt. His unwavering support, encouragement, and love have been instrumental in helping us overcome our various family obstacles and hardships. Brian possesses an incredible ability to uplift those around him, making the burdens of life feel lighter.

Furthermore, Brian's dedication extends beyond our family. He is the first person his friends turn to when they face difficulties because they know that he will go to great lengths to support them. Brian's willingness to go the extra mile, even if it means driving across the country to be with a friend in their time of need, is a testament to his character and commitment to those he cares about.

I firmly believe that Brian's positive qualities, his history of helping others, and his unwavering support for his loved ones should be taken into consideration during the upcoming detention hearing. His actions and the love he has shared with so many individuals demonstrate the true essence of his character.

I kindly request that you consider the person Brian is, beyond the circumstances of this trial. I am confident that he will continue to contribute positively to society and that he deserves the opportunity to address the charges against him while maintaining the support and love of his family and friends.

Thank you for taking the time to read this letter. I hope that you will consider Brian's character and the positive impact he has had on the lives of myself as well as everyone around him.

Sincerely ,

Joseph K. DiPippa

Kathryn DiPippa



Los Angeles, CA 90043

October 20, 2023

Dear Judge J. Nicholas Ranjan:

I am writing in support of Brian DiPippa, my brother-in-law. I have known Brian for fourteen years, having made his acquaintance after my husband, his brother Joseph, and I first met. Over those years, I have come to understand him as a dedicated and selfless husband, son, brother, and friend with a sincere generosity of heart.

As I consider Brian's character, the first things that come to mind are his incredible compassion and empathy. As an outsider and relative newcomer to the DiPippa family, Brian has always made a point to connect with me at family gatherings, no matter how large or small, to make sure that I feel comfortable and that I know everyone. His eagerness to relate to people and understand their experience translates to his inclusive, warm nature. By putting these traits into action, he has put me at ease time and again, and has helped me get to know our extended family over the years.

When we experienced the untimely deaths of two immediate Pittsburgh-based family members within 48 hours of each other last March, Brian reached out to me directly to make sure that I was managing through the grief, knowing how difficult it would be for me to support my husband in his time of need while managing the planning of cross-country travel for my family. Brian's empathy and support was essential to my navigating that emotionally complicated and logistically challenging time. He and his wife Krystal opened their home to us without hesitation as we all mourned together, not knowing how long we would need to stay while arrangements were made for memorials and funeral services. Being able to be with him and his wife during that time was invaluable, as he provided so much love and support to his brother and me at one of the darkest times of our lives together.

Thank you for taking the time to read my letter and to learn a bit more about my brother-in-law Brian, and the positive impact he has had on those who know him. I truly appreciate your consideration.

Sincerely,

Kathryn DiPippa

Kathryn DiPippa

Honorable J.  Nicolas Ranjan, Judge
United States District Court
Joseph F.  Weis, Jr.  U.S Courthouse
700 Grant Street,
Pittsburgh, PA 15219

RW: United States v. Brian DiPippa 2:23-cr-00146-NR

Dear Judge Ranjan,

My son Brian DiPippa is a very loving person.  He cares deeply for family, friends, and all humans as
well as animals.

I am Brian DiPippa's mother wishing to share my knowledge and experiences illustrating the warmth,
love, and concern of Brian to aid others.  Brian helps with much emotional support & reminds me how
strong I am through my life of pain.  He has done this countless times for others he knows or family
who are in need.  Brian is very empathetic and polite.  He has flown across the United States to support
a friend who had lost her husband.  A time later she was diagnosed with MS, so Brian flew back to
Pittsburgh to comfort her.  Brian flew across the United States to help a couple of friends who were
having marital stress.  Together they shared in conversation how to best keep them aware of each
other's needs and concerns.  Through his support they gained insight enough to open their minds to
counseling.  Today they are happy and still married.

When a family member passes away Brian is always supportive and there emotionally.
He has taken a blanket in the Pittsburgh winter to spend a night in a homeless encampment.
To be understanding is one thing but to learn through experience is a greater good.  Experience is the
best teacher.  To live and learn from experience, whether it's a good or bad lesson, is a takeaway that
life allows more of as we grow.  When Brian was 8 or 9 there was a Salvation Army ringer in the front
of a store. As I put the dollar in the kettle, Brian asked why they were there and why I gave.  I
responded that sometimes life is financially difficult for some families.  We give because we care for
others.  This life lesson became a reality for us as I tried to support my young son Brian and look for a
solution for a college education for my eldest son Joe.

I know Brian experiences gratitude.  Brian has seen and felt hardship.  He has learned to appreciate the
power of friendship.  Brian is strong and will make others' lives as well as his own better.
I dearly love my sons, Brian and Joe.  They are close brothers and support each other.

Thank you Judge Ranjan for taking the time to consider the contents of this letter.
I will be present at the detention hearing on October 25, 2023.

Sincerely yours,

Brian's Mother Karen Drischler

---------- Forwarded message ---------
From: **Biddles Manager** <info@biddlesescape.com>
Date: Sun, Jul 2, 2023 at 3:39 PM
Subject: Peppy
To: <vanessavesch@gmail.com>

To Whom It May Concern,

I have had the pleasure of getting to know Brian DiPippa over the last year, as he moved across the street from where I lived and 2 houses down from where I work as manager of the local neighborhood coffee shop Biddle's Escape. My first impression of Brian was a kind and friendly new neighbor. He wanted to get a neighborhood block party going to build community. He always waved and said hello whenever we crossed paths. Icer time, sometimes a quick greeting turned into a 20 minute exchange of ideas. We are not close friends, but I am grateful to have met him.

As the manager of the shop, I witnessed Brian interact with multiple customers and staff in the same way he engaged with me: friendly, warm, and respectful. All of the staff at Biddle's were horrified to learn of the raid on his home. We know Brian to be a person of character. We hope to see his swift return to our community. He is the type of person we hope to build our futures with.

Please feel free to contact me if you have any questions or need further information. My cell is (951)710-7757 and email is info@biddlesescape.com.

Best,
Meilani Erickson
Shop Manager
Biddle's Escape coffee shop

---------- Forwarded message ---------
From: **Nina Gettemy** <nina.gettemy@pucs.org>
Date: Sat, Jul 1, 2023 at 10:31 PM
Subject: Letter 4 pep
To: <vanessavesch@gmail.com>


Saturday July 1, 2023

Hello,

We are writing as neighbors of Brian DePippa " Pep" and are  homeowners diagonally across the street from Krystal and Pep's former apartment. We have lived here for the past 3 years so peacefully and would see/greet Pep and Krystal around our friendly neighborhood. Their close friends (also our neighbors) speak of their determination to stand-up and support the oppressed in America and their dedication to communities that have been underrepresented. I find that this aligns with my values that I even have trouble carrying out myself: to bravely care for the marginalized.

Thank you, Nina Gettemy

 Gmail

Jim Smith <jms@derisolaw.com>

## Support letter for Brian Dipippa
1 message

Alex Gomez <gomez.m.alejandro46@gmail.com>
To: jms@derisolaw.com

Fri, Oct 20, 2023 at 1:07 AM

Good evening Jim,
Please see letter of support for Brian Dipippa. Let me know if you need anything else on my end. Thank you.


Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219


Re: United States v. Brian Dipippa
2:23-cr-00146-NR


Dear Honorable J. Nicholas Ranjan,


I have been asked to write a letter to the Court on Brian's behalf to help the Court address his continued detention. I have known Brian for a little over 7 years. Brian is married to my Family friend. Brian has been a positive staple in my life, especially in my children's. My eldest son is on the autism spectrum, since birth Brian has been a very patient, loving and caring force in his life. Brian has always gone out of his way to engage with him, giving him his undivided attention and love. My son's lack of boundaries are not always obvious to those around him. And, we don't always know how others will react. With that, Brian is vegan, my non-vegan son at the age of 2 stuck a meat ravioli into Brian's mouth with no warning. And with his upmost grace, Brian smiled at my son said thank you and slowly turned. My son's face had such glee, he then looked him square in the eye and said share. This may seem like a simple story, you see my son is non-verbal, this expressed that he felt safe, loved and confident in Brian's presence. Brian has taken my son's engagement in stride, always considering my son's needs first. Brian furthermore, is a person who is aware of what my young children's interests are. Stops his day when traveling to buy them things that reminds him of them. *Checks in to see how they are doing.* I don't say this lightly, I trust him immensely with the most valuable people in my life, my children.


Thank you, your honor for taking the time to consider the contents of my letter. I do offer to be present, by videoconference or other means to testify on Brian's behalf.


Best Regards,
Alejandro Gomez
Sent from my iPhone

July 2, 2023

Honorable Members of the Court:

I have met Pepé on some few occassions and found him to be a pleasant, personable and buoyant person.

One can imagine, that we all, at one time or another, become too susceptible to the passions of our ideals.

I dare say we would all like some aspect of our society to be different.

Sincerely,

James R. Herbert

From:
Rick Kelley
290 Hickory Hill Rd.
Chagrin Falls, OH 44022


To:
Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219


**Re: United States v. Brian Dipippa**
**2:23-cr-00146-NR**


To the Honorable Judge Ranjan:

I have been asked to write a letter to the Court on Brian's behalf to help the Court
address his continued detention.

I've known Brian for about a decade, having been friends and, briefly, coworkers in the
San Francisco Bay Area some years back. I hold him in high esteem. He is someone
who is always available to help friends and family, and to support people in need within
the larger community.

I have a personal and concrete example of this. When my partner and I were expecting
the birth of our daughter in 2019, I mentioned how tight our finances were to Brian in
casual conversation about the high cost of living in the Bay Area and all the expenses
coming down the pipe for us. Without any solicitation from me (indeed, I didn't know
there was an opening), Brian found a part-time job for me helping out at his radio
station, drawing on some previous experience and supplementing my income at a time
when that was really needed. It's a small gesture, but I offer it just as a snapshot of
Brian's character. He's the kind of person who will hear a friend talk about that kind of
worry or struggle, and then promptly set about trying to find an avenue to offer some
help. I all but guarantee you there are many people with similar stories – small gestures
from Brian with big impacts for them, offered simply because it's a kind and right thing to
do.

I could write more about his genial manner, intellectual curiosity, sense of humor, and so forth, but I just offer this glimpse of my friend. We'd eat lunch together sometimes during my tenure at KPFA, and he was known by everyone wherever we went – restaurant cashier and supermarket workers, unhoused folks and buskers on Berkeley street corners, just random passersby. He's the kind of person who makes connections, listens to everyone regardless of their social status, and extends a helping hand. I hope this helps paint a fuller picture of the person before you.

Thank you for taking the time to consider the contents of this letter. I can make myself available to be present, either in person or by videoconference or other means, if I am needed to testify on Brian's behalf.

Sincerely
Rick Kelley
Chagrin Falls, OH 44022

Lauren Lo Bue
42 NE Tillamook Street, Unit A
Portland, Oregon 97212
(510) 269-3567
lauren.lobue@gmail.com

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

Re: United States v. Brian DiPippa
2:23-cr-00146-NR

Dear Judge Ranjan,

I have been asked to write a letter on behalf of Brian DiPippa to help the court address his continued detention. I am a registered nurse and student nurse practitioner in Oregon, and I have been friends with Brian for over a decade. We met while he was living in California and became fast friends because of his affable, genial, and gentle nature. Brian has always had many friends, attracting people with his genuine care for others, his good humor, his community-mindedness, and his warmth. He is known to his loved ones to be able to make friends anywhere – striking up random conversations with passersby with genuine curiosity and goodwill apparent in his demeanor. He is the kind of person who wants an honest answer when he asks you, "How are you?"

As a friend, I have always known Brian to be a kind and generous person with a peaceful and loving heart. As a community member and citizen, I know him to be non-violent and to hold fast to values of inclusiveness, community care, and justice for all. He seeks to be of service to others: friends, family, neighbors, even strangers in need. Together, we have volunteered to distribute food to the needy and participated in fundraisers for community organizations. He wants to make the world a better place. He is a lover of animals, people, and his home, Pennsylvania. Anyone who knows Brian knows he is a native of Pennsylvania because he has always been so proud to call the city of Pittsburgh his home, and always roots for the Steelers. He is the type of person that is rooted in the place he calls home, and it was not surprising when he returned to the city of his youth with his loving wife to build a life together there.

Thank you very much for taking the time to consider this statement. I would happily be present via videoconference to testify on Brian's behalf.

Sincerely,

Lauren Lo Bue

Will R. Logan
1713 Heim Avenue
Madison, WI 53705

October 19, 2023

To:     Honorable J. Nicolas Ranjan, Judge
        United States District Court
        Joseph F. Weis, Jr. U.S Courthouse
        700 Grant Street
        Pittsburgh, PA 15219

Re:     United States v. BRIAN DIPIPPA
        2:23-cr-00146-NR

Your Honor,

I am writing this letter on behalf of my friend, Brian DiPippa, to address his continued detention.

I have known Brian for over six years, since 2017. During that time, Brian has consistently been a person of high integrity and strong character. I know him to be reliable and dependable, and his commitment to building and supporting communities of care and mutual support is central to how he moves through the world. In addition to his stable work and volunteer role, he has a strong network of people who love and support him, and to whom he is dedicated and accountable in his daily life.

I am Brian's friend and not his therapist, but my work and training as a clinical social worker and marriage and family therapist do give me a level of experience that shapes how I view, assess, and experience the character of people in my life. I deeply appreciate Brian's consistent commitment to not only showing up in respectful, caring ways in all of his interactions with both loved ones and strangers, but also to continued growth and learning in these areas. He is honest and forthright, trustworthy, and a beautiful combination of deeply principled and open-hearted.

Even through his detention, Brian continues to demonstrate a positive mental attitude and respect for everyone around him, inmates and officers alike. I know that his empathy and his nonviolent communication skills continue to be assets and skills that he brings to all of his interactions, and that he will continue to do so.

I appreciate your consideration of my letter in support of Brian's pre-trial release, and I am available to testify on his behalf if you have questions regarding my support for Brian or the contents of this letter.

Sincerely,

Will R. Logan, LCSW, LMFT

 **Gmail**

**Jim Smith <jms@derisolaw.com>**

## A Character Letter for Brian DiPippa
1 message

**Quincy McCoy** <qmccoy3639@gmail.com>
To: "jms@derisolaw.com" <jms@derisolaw.com>

Wed, Oct 18, 2023 at 9:59 PM

To Whom It May Concern:

I'm Quincy McCoy a communication consultant and Strategic Fundraising Advisor. I'm a respected radio and music industry veteran, who has worked as an on-air personality, program director, and operations manager in New York, Miami, and San Francisco. I'm the author of *No Static: A Guide to Creative Radio Programming*, former co-chair of the Youth Radio, Inc. board of directors, and a recipient of the Peabody Award for significant and meritorious achievement in broadcasting. I'm also the former vice president of radio for Rhapsody America and MTV Digital Music Group.

I've known Brian Di Pippa for nearly a decade. We first met when I was General Manager of KPFA, a non-profit listener-supported radio station in Berkeley, CA and he was an engineer at Youth Radio. Brian lent his technical expertise to help my station successfully launch our website. After meeting him I was impressed with the breadth of his knowledge of technology and frankly his inquisitive mind and the mature way he conducted himself. I offered him my Chief Engineer position and we began our long working relationship.

I have developed a close personal relationship as well and I consider Brian a friend and close confidant. Over the years, he has continued to impress me with his ambition, intelligence, strength of character, and generosity of spirit. There has not been one day in the past years that I and our staff have regretted putting Brian in charge of the engineering of KPFA. He brought this station into the 21st century with incredible improvements including turning us from an analog to a fully digital radio station. Without Brian's station do-over, we would have never been able to continue our programming and fund-raising at the high level we achieved during the Pandemic.

When released I'm positive that Brian will take extra care in the future to avoid any trouble. He's a man of his word and I believe him. You can be assured that Brian will be embraced by a circle of friends and family, who love and care for him. I for one will be there for him as a friend and mentor. It's an honor to do so. Thank you for your time and consideration.
Quincy McCoy
3639 Butter Drive, Oakland, CA 94602
qmccoy3639@gmail.com

--

**Communication Consultant, Strategic Fundraising Advisor**
qmccoy3639@gmail.com
"The only thing that changes people is storytelling"--Ken Burns

# Margie Navarro, M.S., L.Ac.

4925 Larchwood Avenue - Philadelphia, Pennsylvania 19143

October 20, 2023

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

Re: United States v. Brian Dipippa 2:23-cr-00146-NR

Honorable Judge Ranjan:

I am writing this letter on Brian's behalf to help the Court address his continued detention. I have known Brian for 2 years. We met when we were introduced to each other by mutual friends in advance of a vacation I took to Pittsburgh in 2021. As a licensed healthcare provider caring for people with conditions that make them more vulnerable to COVID-19, I was seeking accommodations with less potential exposure to the virus than staying at a hotel could offer. Brian and Krystal were kind enough to allow myself and my partner to stay with them. During this time we discussed his volunteer efforts for community projects, including public radio, both prior to and during the height of the pandemic. I understand that he has formed strong bonds with other Pittsburgh community members from growing up in the area and through his continued disposition as a thoughtful and caring citizen.

Thank you for considering this information. Due to my obligations in patient care on the date of the hearing, I am unable to be present in Pittsburgh in person.

Sincerely,

Margie Navarro, M.S. L.Ac.

10/21/2023
From:
Bruce Paul
2800 Sacramento Street, Berkeley, California 94702
510-316-4266
brucewpaul@gmail.com

To:
The Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re. United States v. Brian DiPippa
2:23-cr-00146-NR

Your Honor,

My name is Bruce Paul and I have been asked to write a letter to the court on Brian DiPippa's
behalf to help the court address his continued detention.

I've known Brian for close to 10 years now, both professionally and personally. I first began
working with Brian professionally during my time at a web development agency here in the
California Bay Area. I was working with a client on a launch of a new website, in which they
assured me that they would have the needed support and resources. Upon launching the new
website, they had neither. Given the emergency nature of what was happening (their website
was not available as they were making a large fundraising push), I contacted Brian. At the time,
I didn't know Brian well, but he was someone who came highly regarded, both in his technical
ability but also personally, and how he could light up a room with his personality. He immediately
understood the gravity of the situation and dove right in, without any assurance or signed
contract for the work. First and foremost, he was willing to be a helper. With his help, we were
able to get a well known Bay Area non profit radio's website back online during this critical time.
This was the first of many instances in which he not only jumped right in to help, but went above
and beyond what was necessarily expected of him. Following this, and other numerous
instances of helping to solve problems, we began to work more closely together where he
helped me learn much of his technical specialities which has helped me to this day.

In addition to working with him professionally, Brian and I also became closer throughout the
years. It isn't just in his professional life that I see him as a helper. The early days and months of
my first kid were difficult due to her medical circumstances. During this time Brian was checking
in and asking to help however he could. It was much appreciated and offered us some relief
from various daily tasks that seemed impossible at the time. As my kids grew up, he was always
eager to jump in and get on their level, playing whatever games they dreamt up. To this day, my

4 year old continues to talk and ask about him. His continued support of me and my family has made a tremendous difference in our lives, and I know that I'm not alone in thinking that.

Thank you and I appreciate your time in considering what I wrote in support of Brian. If needed, I'm available and can be present in person or video conference (or other means) to testify on Brian's behalf.

Best regards,
Bruce Paul

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re:  United States v. Brian Dipippa
     2:23-cr-00146-NR

My name is Timothy Pozar, and I have been asked to submit this letter to the court on Brian
Dipippa's behalf.  This letter supports releasing Brian's current detention from prison to house.

I have known Brian for several years now, professionally and as a friend.  I was first introduced
to Brian as the IT manager for a non-commercial radio station in Berkeley, California, where I
consulted and volunteered.  When the station's Chief Engineer retired, Brian was promoted to fill
that role.  Brian was critical and instrumental in bringing this station into the 21st Century.  As it
was a non-commercial station, Brian creatively and strategically devised technical solutions, and
management to implement these changes. His work significantly reduced the operational costs
and overhead for the station.

I was very impressed with his work and my relationship with him. I invited Brian to co-host
several podcasts[1] to describe how to use open-source and commodity equipment to support a
station in the #4 market in the country.

Working in a non-commercial radio station also means being challenged with conflicts between
departments and as a manager.  Brian has shown, time and time again, his expertise and skill in
working with others and getting the job done.  This requires training and the use of non-violent
communication practices.

Thank you for taking the time to consider the contents of this letter.  I am happy and will make
every effort to be present, either in person or by videoconference or other means to testify on
Brian's behalf.


Respectfully,

Timothy Pozar
423 Durant Way
Mill Valley CA 94941
Cell: +1 415 637-8512
Email: pozar@LNS.com

---

[1] https://www.youtube.com/watch?v=JDwz2GEHX60

Rachel Rosnick
231 Edmond Street
Pittsburgh, PA  15224

October 21, 2023

To:     Honorable J. Nicholas Ranjan, Judge
        United States District Court
        Joseph F. Weis, Jr. U.S. Courthouse
        700 Grant Street
        Pittsburgh, PA  15219

Re:     United States v. Brian DiPippa
        2:23-cr-00146-NR

Dear Honorable Judge Nicholas Ranjan,

I'm writing to the Court on behalf of my friend, Brian DiPippa, in support of his release from continued pre-trial detention.

I've known Brian for nearly twenty years. We met at a local bowling alley when I was in college, remained friends throughout my time in law school, maintained sporadic but meaningful friendship during his time in California, and resumed a more steady friendship upon his return to Pittsburgh a few years ago. Throughout the years, Brian has always been a reliable and caring friend as well as a deeply thoughtful and principled individual who is, and has always been, the first to step up to help those in need of support. For years, he regularly volunteered his time and energy on a weekly basis to feed the unhoused and he has consistently and without complaint stepped up for friends and family members experiencing loss, health struggles, or other hardships.

Throughout his detention, Brian has not only maintained a positive attitude but also his deep empathy and concern for others. Despite the physical distance, he has prioritized making sure that his loved ones know that he's thinking of them and how loved and appreciated they are. Brian has a strong community of people who care about him and I truly believe that his continued pre-trial detention would serve not only as a disservice to him but also to his family, friends, and the community as a whole. I am hopeful that this Court will grant his release allowing him to spend the winter holidays at home with his loved ones while awaiting trial.

Thank you for taking the time to read and consider my letter in support of Brian's pre-trial release. Should the Court deems it necessary, I am willing to be present, either in person or by videoconference or other means, to testify on Brian's behalf as to his character.

Sincerely,

Rachel Rosnick

October 19, 2023

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

RE: United States v. Brian Dipippa
2:23-cr-00146-NR

Dear Honorable J. Nicholas Ranjan,

I have been asked to write a letter to the court on behalf of Brian Dipippa. I have known Brian for over ten years. We share various social circles.

Brian is someone of extraordinary kindness and generosity. Perhaps the most telling story I can offer is that when I first met Brian I had a young child. I would often bring him to various community events, lectures, meetings, etc. And whenever he would get bored and act out, Brian would gently redirect him. I have a lovely memory of my son and Brian sharing a very small desk, both of them coloring with crayons.

He is also someone who is generous with his time and who shares his expertise with others. We are both involved and active readers and we have spent many hours together discussing the latest novel we were both reading.

Thank you for taking the time to consider my remarks. I am available via video conference to testify on Brian's behalf if needed.

Sincerely,

Juliana Spahr
j.spahr@northeastern.edu

From: **Vanessa Vesch** <vanessavesch@gmail.com>
Date: Wed, Jul 5, 2023 at 2:19 PM
Subject: Support letter for Brian/Peppy and Krystal
To: <drischlerk@yahoo.com>


This next one is a copy of a text message sent from one of my health aides. She came to help me with some things at home on the morning of the raid. She met Brian and Krystal when they were finally pronounced free to go. And they made such an impression on her! She remarks, every time I see her now, on your son's sweet nature and intelligence. Ever since that day, she has not been able to stop thinking of them. Not one day goes by without her requesting an update. Not one! She said this woke her up to a side of America that she never imagined. When I told her about what happened at Monday's hearing, I saw tears in her eyes. What she wrote is below:


I met Peppy and Krystal on the day when their home was searched by the FBI.   What struck me about Peppy was how genuine he is.  In the midst of a crisis, he was level headed and showed great concern for his wife, as well as for his friends, and me, a stranger he had just met.  He also showed gratitude for the support and love he was given.  He thanked me, someone who he knew for no more than two hours, and hugged me.  Peppy was in the midst of one of the most stressful times, yet he remained calm, gracious, grateful and kind. That has left a lasting impression on me.

Hollie Spohn

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Brian Dipippa
2:23-cr-00146-NR

Honorable Judge Ranjan:

I am writing on behalf of Brian Dipippa in regards to his continued detention. I have been friends with Brian for a couple years at this point. We met during a vacation I was taking where Brian was introduced via a mutual friend and offered my family a place to stay for the evening. It was here that I also met his loving partner Krystal. Not only did they house and feed us, they made every accommodation necessary to ensure safety in light of the COVID-19 pandemic. This went miles to show how sweet and sincere they could be, as we were already having trouble obtaining COVID conscious accommodation anywhere else, and we were traveling with an elder. He'll never know how much my immunocompromised family members appreciated that.

During the course of our visit we made plans to host them at our house in Philadelphia. We learned of the many years of volunteering with the community radio project, as well as his longstanding connection to the Pittsburgh community. I would also come to learn that Brian was a great resource to other friends of mine in the area, who needed emotional support during difficult times.

I am unable to attend this hearing and deliver this letter in person, but I request your consideration of Brian's thoughtful character in any decisions you make.

Sincerely,
Brendon Thompson

**Tim Vining**
**214 Maria Street**
**Toronto, ON M6P1W4**

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh. Pennsylvania 15219

RE: United States v. Brian Dipippa
2:23-cr-00146 NR

Dear Honorable J. NIcholas Ranjan,

I have been asked to write a letter on behalf of Brian Dipippa to help the Court address his continued detention.  I have known Brian since 2001 while Executive DIrector of the Thomas Merton Center where he volunteered as a high school student.  The Thomas Merton Center is an organization founded in 1972 "to instill in our society a consciousness of values and to raise the moral questions involved in the issues of war, poverty, racism and oppression."  Brian volunteered on many projects and was a youth leader among his peers.  He promoted the values of inclusion, respect, diversity and peace-making.  I left the Merton Center in 2006 and recently retired from the Ontario Public Service Employees Union as a Human RIghts Officer and Employment Equity Lead.

I observed Brian in many Merton Center meetings and events.  He exhibited a high level of maturity and a heart-felt motivation to make this world a better place.  Whether among older peace activists, lgbtq+ individuals or racialized communities organizing against discrimination, Brian listened intently and was eager to learn from the more seasoned activists.  He was always conscious of the impact of his actions on others and willing to adjust if his speech or action could in any way hurt or offend another with different lived experiences.  I have a deep admiration and pride in how over the years he has maintained a solid commitment to improve the lives of others around him.  Approximately one year ago he visited my partner and I in our home in Toronto.  We updated one another on our life journeys.  As a teacher, mentor and "adopted older brother," I am proud of Brian's consistent commitment to justice and peace-making and the way he chooses to live his life with integrity.

Thank you for taking the time to read this letter and considering Brian's values and commitment to justice as the foundation of peace when you make decisions relevant to this case.  I am willing and available to be present, either virtually or in person, to testify on Brian's behalf.

Respectfully,

Tim Vining

I know Brian as a neighbor and Kindhearted individule who cares deeply for his community and friends. In our casual interactions over the last few years I found him to be an outgoing and Person with a passion for Social Justice and Human rights. I found him to be highly inteeligant, informed, and Compationate and Empathetic. He and his partner always had a moment to talk, smile and listen. Though not more than casual aquatutences, I could tell he has a strong moral compass and Would give what ever he could to help Someone in need.

Ian Wallace

Honorable J. Nicholas Ranjan
Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pa 15219

Re: United States v. Brian DiPippa
2:23-cr-00146-NR

October 12, 2023

Dear Sirs,

I am writing to you on behalf of my friend Brian DiPippa, and to support the Court in addressing his ongoing detention.

I met Brian through mutual friends nearly 20 years ago and have known him through some great times- attending outings to amusement parks, shared birthday gatherings, bonfires, potlucks- and through some incredibly tough times, including several deaths of friends and family, a pandemic, and other bumps in the road which life has thrown our way.

Many years ago, when we were both young adults, we would join friends for a spooky time at Kennywood Fright Nights. I hadn't lived in Pittsburgh very long, and this was my first experience. As it happens, we all ended up in the Vampire Villa, and the "vampires" figured out my name and began chasing me and yelling out my name (which is terrifying in a good yet stressful way! I ended up on the ground in the fetal position, and without hesitation Brian and another one of our friends grabbed me by the armpits, dragged me up and helped me get through the rest of the spookiness. We've collectively mourned the loss of a few mutual friends over the years and have been grieving our own personal familial losses more recently as well.

Some of my darkest personal moments occurred during deep pandemic times, when things were still shut down, gatherings were discouraged, and I literally had no one. Despite him living across the country at the time, he was the only friend to check in on me besides my mom. Brian was a lifesaver then. Literally. He loaned me money to help with my bills and shared his food while I got my counseling business off the ground this year, he's listened to all my covid related traumas, he's hugged me, and he's gently reminded me of who I am as a person, and that I am worthy of love and compassion and care. He re- instilled the hope in me that people do have the capacity to change, and recently shared that way back when-- I taught him how to love when I made him a blanket for his birthday. He has more than returned that lesson for me. You could say that he has once again grabbed me under the armpits, dragged me up, and walked me back into the world.

Brian is a bright and tender light, propelling hope and love into the smallest of cracks and the darkest of corners with just his mere presence in the world. He is a gem, and I'd hate for his continued detention to dull his shine.

Thank you so much for reading my letter. I very much appreciate the time and consideration you are taking as you continue your assessment for releasing Brian from his detention. I'm happy to be available to testify on Brian's behalf either in person, virtually, or by any other means.

Very Sincerely,

Amanda Zeiders
Amanda Zeiders