# Defendant's Exhibit A

December 2, 2024

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Krystal DiPippa
2:23-cr-00146-NR

Dear Judge Ranjan,

It is my great honor to write today on behalf of Krystal Martinez-DiPippa, who I have been lucky enough to work alongside for the better part of the past two-and-a-half years. I work as the Programs Operations Manager at Women's Center & Shelter of Greater Pittsburgh (WC&S), the largest domestic violence program in Western Pennsylvania. Before I entered my current role, I was WC&S' Development Manager, and it was in this capacity that I hired Krystal to work with our community of supporters who organize donation drives, cook meals for the residents staying in our 48-bed emergency shelter, sort and organize donations, and help keep our facility clean and beautiful.

Krystal is not only one of the hardest working people I have ever met, but also one of the most thoughtful and compassionate. The residents in our shelter have made the gut-wrenching decision to uproot their lives, and almost all have experienced significant trauma from their abusive relationships. Because of this, we must be extremely considerate of the residents' privacy and comfort when bringing volunteers into their space. Krystal goes to great lengths to ensure that the residents know when volunteers are coming and what they'll be doing, and that the volunteers are respectful of the residents while visiting. She is always thinking about ways we can improve the volunteer program to better serve the residents, including offering to work weekends each month to bring in volunteers to cook breakfast (a rare treat). In an organization filled with incredible people, Krystal's concern for the dignity and comfort of the survivors we serve is unsurpassed.

Krystal's good humor and dedication make her a favorite among my colleagues, our clients, and the supporters she works with, but I have a special admiration for her. A few months after I hired Krystal, I was diagnosed with an aortic aneurysm, a life-threatening condition that would require open heart surgery to repair. While I awaited my surgery date, and in the three months after when I was making a full recovery, I was advised by my doctors not to lift anything over ten pounds and to minimize my stress level, lest I suffer a fatal rupture. My diagnosis coincided with our busiest and most stressful time of year, when we are flooded with volunteers and massive donations of essential items like shampoo, soap, and clothing. Krystal took on the lion's share of the work I was suddenly unable to do, not because it was assigned to her, but because she was genuinely concerned for my health. I will never forget her support and friendship during this time. I know she would do the same for anyone else because that's just the kind of person she is.

Krystal is a credit to the community and it is my hope that the court will err on the side of leniency in deciding her case. Thank you for your consideration.

Sincerely,

Jacob A. Phillips

# Defendant's Exhibit B

Lauren Lo Bue
3471 NE Alberta Ct
Portland, Oregon 97211
(510) 269-3567
lauren.lobue@gmail.com

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

December 5, 2024

Re: United States v. Krystal Martinez-Di Pippa
2:23-cr-00146-NR

Dear Judge Ranjan,

I am a nurse practitioner living in Oregon and working in Washington. I have been asked to write a letter to attest to the character of Krystal Martinez-DiPippa as someone who has been her friend for a decade. I met Krystal through mutual friends who loved her dearly, and quickly grew to love her myself as I got to know her and witnessed her kind, loving, altruistic nature firsthand. Krystal is known in her community as a profoundly deep thinker and a wise and loyal friend. She is the friend one turns to with moral quandaries, in times of sorrow and loss, and when one needs guidance to see the bigger picture and gain clarity in a challenging situation. She has always offered me sage counsel and helped remind me of my higher purpose in life when I have felt lost or discouraged. Krystal believes that our higher purpose is to be of service to others, to uplift one another. She is a person who sees the best in others and helps them to find it within, most especially when they cannot see it themselves.

Krystal not only wants to make the world a better place, she embodies this desire in her day-to-day life and actively tries to make a difference. I have seen her community-minded spirit and positive impact on others firsthand. Krystal and I have worked together on fundraisers, volunteer efforts for the homeless, and distributing food to the needy. Krystal is a boon to any community that claims her. Currently, she is rooted in Pittsburgh where she is working at a nonprofit and using elbow grease to transform a dilapidated old house into a renovated, beautiful home for herself and her husband, and to uplift her local community. She believes in leaving things better than she found them.

For as long as I have known her, Krystal has been a champion for the disadvantaged in society and a proponent of peace and justice for all. She has always been glad to volunteer her time and energy to benefit the needy materially, morally, and spiritually, and is currently a beloved and well-respected employee at a domestic violence shelter where she provides warm, kind, and sage counsel to people experiencing some of the most horrific abuse. Krystal helps to bring her clients safety and peace. This is emblematic of the impact she has always had on the world around her: people feel at ease, they feel seen, and they feel safe with Krystal.

Thank you very much for taking the time to consider this statement. I ask the court to please consider this testimony to Krystal's character. I know that her principles of peace, justice, and kindness to others will shine through and illuminate her as a very valuable, needed asset to her community and the world.

Sincerely,

Lauren Lo Bue

# Defendant's Exhibit C

Letter for Krystal Martinez-Di Pippa from Nancy Kahn

Nancy Kahn
P.O. Box 394
Berkeley, CA 94701
Nancy.r.kahn@gmail.com
415-754-3065
Date: 12/1/2024

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219
Re: United States v. Krystal Martinez-Di Pippa
2:23-cr-00146-NR

Dear Honorable Judge Ranjan,

My name is Nancy Kahn. I have worked with thousands of professionals from the boardroom and C-Suite to line staff within organizations across the United States and internationally in my 25+ career as a facilitator of Nonviolent Communication, professional mediator, executive coach, consultant, and qualitative researcher. Being competent in my field requires a deep knowledge of human behavior and what it takes for a person to be effective at actualizing change in their lives.  I have learned how to assess whether an individual is ready to act to make positive changes in their behaviors and to be accountable to themself and to others.

I am writing this letter to provide a character reference for Kystal Martinez-Di Pippa who is facing sentencing. I want to express my support for Krystal and respectfully advocate leniency in sentencing. I fully trust that Krystal is currently acting to make positive change in her life and will continue to do so.

I have known Krystal for over 7 years. I worked with Krystal at KPFA for two years and regularly met with her individually and in team and group settings. Krystal participated in weekly classes for staff and managers that I

1

Letter for Krystal Martinez-Di Pippa from Nancy Kahn

facilitated on Nonviolent Communication over the course of the two years she worked at KPFA. I observed her to be a bridge builder within groups, dependable, inclusive, kind hearted, respectful, and dedicated to caring for the well-being and success of others.

In 2021, I had the privilege to continue to work with Krystal on a weekly basis for close to a year in a professional coaching certification program. That program required the acquisition of theory and application of foundational principles of Nonviolent Communication. Krystal was valued by all of the professionals in that program and was regarded as a person of high emotional intelligence, deep wisdom and powerful insight. I have stated to Krystal directly that any new company I lead, she is the first person I would invite to work with me because of her ability to foster belonging for others, self awareness, integrity, honesty, compassion, empathy, kindness, and admirable work ethic.

It is a privilege and an honor to call Krystal a valued colleague and cherished friend. It is my humble opinion that the world needs more people who possess the rare qualities that Krystal exhibits, for placing the needs of others as equal to her own, and consistently advocating for the most vulnerable and underserved individuals in communities across the country.

I wholeheartedly trust that Krystal is currently committed to using her gifts for the betterment of society with steadfast clarity and full alignment with the laws of this country. I hope for a positive outcome for her case. I am willing to be available for a video conference to testify on behalf of Krystal.

Thank you for considering my letter and perspective.

Sincerely,
*Nancy Kahn*
Nancy Kahn

Nancy Kahn, CDP®
Managing Principal

Letter for Krystal Martinez-Di Pippa from Nancy Kahn

Across Differences Coaching Institute and Consultancy
25+ years' experience as a seasoned, local, national and international
Nonviolent Communication Coach, Facilitator, Practitioner & Mediator

Co-host & Co-producer
Talk It Out Radio, KPFA 94.1 FM
www.kpfa.org
nancy@kpfa.org

Trauma Informed Certification for Coaches and Consultants
https://traumainformedcertificateprogram.com/

Certified Diversity Practitioner (CDP)®
www.diversitycertification.org

Inclusive Behaviors Inventory (IBI) Certification
https://www.globesmart.com/inclusive-behaviors-inventory/

Certified Red Team Facilitator®
www.effectivedirection.com

Certified Red Team Coaching Silver Level III®
www.redteamthinking.com

Certified Red Team Coach®
www.redteamthinking.com

Certified Red Team Thinker® (Masters Level)
www.redteamthinking.com

Certified Red Team Practitioner®
www.coaching.com

3

Letter for Krystal Martinez-Di Pippa from Nancy Kahn

Positive Intelligence Coach
www.positiveintelligence.com

Certified Professional Coach
www.sagacycoaching.com

Certified Community Mediator
www.seedsrc.org

TruScore 360 Assessment Certification
www.coaching.com

Diversity, Equity and Inclusion in the Workplace
Corporate Training and Professional Education
www.usf.edu/business/certificates/diversity-equity-inclusion/

Certified in Adult Mental Health First Aid
www.mentalhealthfirstaid.org

# Defendant's Exhibit D

Your Honor,

I am writing this letter on behalf of my dearest friend, Krystal Martinez DiPippa. I have known Krystal for nearly 30 years. As a childhood friend, Krystal has been a positive staple in my life, as well as my family's. She is someone who is caring, trustworthy, and supportive in all aspects of her relationships. She has a loving supportive cohort of folks who she is undoubtedly devoted to at any given moment.

My experience is personal and displays how important and meaningful it is. In 2019 my family experienced an extreme tragedy. We lost our middle son to an unexpected diagnosis. To say the least, I was in a place of disbelief and confusion. In the midst of one of the most horrific moments of my life, my family was in need to relocate out of state. Without hesitation, Krystal was there to support not only me but my entire family, with anything that was needed. She drove out of state to where my family and I were residing to check in on us. She watched my eldest son at the drop of a dime. She assisted in our process of looking for a new home, visiting open houses on our behalf. These were things that in the moment were life-altering support. I can truly go on and on about the unconditional support she provided and continues to provide. And, in true Krystal fashion doing all of this without ever asking for a thing in return.

Your Honor, throughout this, Krystal has continued to be steadfast in her kindness and generosity as she moves through the world. Regardless of her circumstances, she has stayed true to her supportive nature, committed to building and supporting the people and communities around her. As she leads with a positive loving demeanor, it is extraordinary to watch. These are all characteristics true to who she is, and she has not wavered.

Thank you, your honor, for taking the time to consider the contents of my letter. I do offer to be present, by videoconference or other means to testify on Krystal's behalf.

Best Regards,
Michelle Gomez

# Defendant's Exhibit E

Shannon Paul
2800 Sacramento Street,
Berkeley, CA 94702
(510) 225-8284
shannon.paul.counseling@gmail.com

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Krystal Martinez
2:23-cr-00146-NR

December 4th, 2024

To the Honorable Judge Ranjan:

I am writing on behalf of Krystal Martinez, whom I have known for over fifteen years. I am writing in the hopes of helping members of the court understand Krystal's character as a person who is deeply committed to supporting various communities. And as a person who maintains a growth mindset in that her personal growth is informed by every experience she accumulates.

I currently work as a therapist in the Oakland Unified School District and have worked as a counselor for middle school aged students for the last 6 years. I first met Krystal through mutual friends and later went on to offer her employment as a landscaper at a small company where I was a supervisor. Through my friendship and subsequent working relationship with Krystal, I know her to uphold the highest level of integrity, responsibility, and compassion. I cannot speak highly enough of Krystal as a worker, community member, and friend.

I worked with Krystal as her supervisor for over 3 years before she went on to enter the nonprofit sector to seek employment that spoke to her deep level of commitment to helping others. She has worked at nonprofit organizations including those that build restorative justice programs in schools, support domestic violence survivors, as well as a local public radio station.

Krystal is also a dedicated and loving family friend to my two young children who are five and two years old. They look forward to her visits, phone calls and gifts sent for every holiday and special occasion. I offer this as an example of one of the many ways that Krystal shows her care and devotion to so many people around her. She is a consistent and overwhelmingly positive figure in my life and that of my children.

Thank you for your consideration of the content of this letter. Krystal is an invaluable member of our society and I would readily make myself available to present this information in person or via videoconference to testify to Krystal's character.

Respectfully,

Shannon Paul, AMFT
(510) 225-8284

# Defendant's Exhibit F

December 5, 2024

Dear Honorable Judge,

I am writing to offer my wholehearted support and to share my admiration for my sister, Krystal DiPippa, whose character and dedication have had a profound impact on me and countless others. I have had the privilege of witnessing her remarkable journey as both a caregiver and an active community member, and I can say without hesitation that she is one of the most selfless, kind-hearted, and driven individuals I know.

As someone who has always placed the well-being of others before her own, Krystal has been a true pillar of our community. Her commitment to volunteering is not just a hobby, but a way of life. Whether organizing local events, supporting charity drives, or lending a hand to those in need, she constantly strives to make a positive difference in the world around her. I have seen her give countless hours to causes ranging from homelessness awareness, domestic violence awareness, and to simple acts of kindness that often go unnoticed.

Beyond her volunteer work, Krystal has had a profound influence on my own life. She raised me with love, wisdom, and an unwavering commitment to making the world a better place. Growing up with her as a role model, I learned what it means to be compassionate, generous, and dedicated to the people you love and the communities you serve. Her actions and words have shaped who I am today, and I am forever grateful for her presence in my life.

Her contributions extend far beyond her immediate circle; Krystal has the ability to inspire and uplift everyone she meets. She is the kind of person who not only gives her time but invests in the lives of others, helping them grow and thrive. Whether through mentoring, providing emotional support, or offering practical solutions to problems, she is always there to lend a hand.

What I admire most about Krystal is the consistency and authenticity with which she lives her life. Her kindness is not dependent on recognition, and she never expects anything in return for her efforts. She is a true embodiment of the values she holds dear—community, compassion, and integrity.

In closing, I cannot think of anyone more deserving of recognition for their positive impact on the world than my sister, Krystal. Her dedication to others and her unwavering support for her community have left an indelible mark on my life and the lives of so many others. She is truly an extraordinary person, and I am proud to call her my sister.

Thank you for taking the time to consider this letter. I hope it provides you with a glimpse of the incredible person Krystal is and the lasting influence she continues to have on the world.

Sincerely,
Stephanie Martinez

# Defendant's Exhibit G

Nicole L Schultz
1614 S Redondo Blvd #2
Los Angeles, CA 90019
612-695-6037
nikkischultz@gmail.com


December 5, 2024

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

Re: United States v. Brian Dipippa
2:23-cr-00146-NR

Dear Honorable Judge Ranjan,

I write today on behalf of Krystal Martinez DiPippa, my dear friend of over 16 years.

I am a food and beverage professional in the Los Angeles area, but I first met Krystal back in 2008 while volunteering on a community legal project in Minneapolis. The first thing that struck me about Krystal is her warmth. The thoughtfulness she demonstrated in her communications around time-sensitive community initiatives created such an ease around stressful situations that our relationship quickly became a friendship. We bonded immediately over our work in the nonprofit sector - I was in fundraising for an arts organization, while she was in public policy by day and reading to kids at night as a volunteer at Hope Community Center.

As long as I have known her, Krystal has amazed me with the sheer amount of time and effort that she gives in service of improving the lives of the people around her, as well as how eagerly she welcomes the opportunity to expand her circle to make new friends and neighbors feel included and cared for. I saw this in action on my last visit to Pittsburgh in November while touring the women's shelter where Krystal currently works. From the cleaning crew to the executive offices, Krystal made sure I was introduced to everyone in our path, that I knew how important their contributions were, and that they knew me as someone in her extended family.

Krystal is a devoted aunt to two little ones in the greater Los Angeles area, and she rarely misses a special event or holiday despite living on the other side of the country. So many of our conversations over the years have included updates on her adventures with her nephew, and now her baby niece. She values being present in their lives and prioritizes their development.

Krystal was instrumental in helping me cope with the unexpected death of my father in 2016. I was living in Seattle at the time, and she was based in Oakland, but she did not hesitate to travel to me. She helped me pack up belongings and process my pain and grief when I could barely function. If I can be perfectly honest, Krystal did most of the work, and she did it with grace. It's hard to imagine how I would have emerged from that moment in time without her loving and nonjudgmental assistance.

Family is so important to Krystal that she relocated to Pittsburgh several years ago so her husband would have a chance to live a bit closer to his immediate family. Prior to Brian's incarceration, they had begun the process of rehabilitating a 100-year old home that used to belong to Brian's aging uncle. In his absence, and with few family members or friends living nearby, Krystal has now taken on this responsibility, dutifully transforming one room at a time while also becoming the caretaker for the outdoor cat that Brian's uncle was previously feeding near the property.

What was once a questionably habitable home overflowing with debris has quietly become a quaint home with stable flooring, a cozy kitchen, and a healthy, friendly neighborhood cat who still prefers life in the side yard. I am frequently in awe of Krystal's resilience and commitment to making her life work no matter the obstacle, and this year has been no exception.

As you consider the plea before you and as you prepare your decision regarding its terms, I hope these words allow you to see a clearer, kinder picture of Krystal - one that illuminates her deep love for the people around her and the responsibility she feels to be active in the upliftment of her communities, her ability to build meaningful connections and to foster genuine community everywhere she goes.


Respectfully,


Nicole L Schultz

# Defendant's Exhibit H

December 5, 2024

Dear Honorable Judge,

I am writing this letter on behalf of my sister Krystal DiPippa. She has been a strong supportive figure in my life and the lives of so many others. She helped raise my other sister and myself when my parents were going through divorce and my mother was ill. She would pick us up from school everyday and made sure we were fed. She would make sure we did our homework and would review it with us to make sure we understood it. She would have us recite over and over "I am college bound". Because of her we believed it.

Her faith in the goodness of others and the world has been unwavering. She is a light and force for good in this world. Whether it be supporting folks through community outreach, working in centers for abused women, volunteering, she always puts others before self. Krystal is a person who calls on birthdays. Sends cards to remind you, you are thought of. Not just for family but friends and people in her community. My sister is the definition of a "Good Person".

I am where I am in life partly because of her support and guidance. Whether it be invitations to visit her in different parts of the country where she was living. Or by asking her husband Brian DiPippa to take time to teach me Information Technology work to help me join the IBEW Union. She and Brian changed my life.

I humbly ask you to look closely and judge fairly and I'm sure you will see how genuine and caring my sister truly is.

Sincerely,
Sean Martinez

# Defendant's Exhibit I

December 4, 2024

# Jesse Strauss

3470 Paxton Avenue
Oakland, CA 94601
510-541-7361
oaklandglobal@gmail.com

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

Re: United States v. Krystal Martinez-DiPippa
        2:23-cr-00146-NR

Dear Judge Ranjan

I'm writing on behalf of Krystal Martinez-DiPippa, to provide a character reference as she moves through a sentencing process in your courtroom that will impact the rest of her life.

I've known Krystal since 2012. Since that time, we've grown to be close friends through a wide variety of both of our ups and downs. During that time we've each become welcome in each others' families. I've known Krystal to be reliable, self aware, thoughtful, and caring, and I've seen her be a warm blessing to her various communities.

When she faces challenges herself, Krystal works on skill-building in healing modalities that she can use for herself as well as those around her, whether taking classes about mediation, life coaching, or to become a yoga teacher. I believe that work has made her a stronger colleague, a better-resourced worker, a warmer neighbor, a holistically-caring friend, and an even-more-deeply-loving family member. By developing skills *within and for* a community, Krystal has become a pillar who is powerfully supportive both personally and professionally of people who've experienced trauma. I know that despite whatever mistakes she makes or and challenges she faces, Krystal will continue to be an asset and a resource to all the communities that have the honor of including her.

I'd encourage consideration of leniency in Krystal's sentencing process, knowing that the more freedom she has, she'll use it for community healing. Thank you for taking the time to consider the content of this letter. If needed in any way, I am available to be present in person, by video or other means to speak about Krystal's character.

Kind Regards,

Jesse Strauss

# Defendant's Exhibit J

Patricia Martinez                                                    December 5, 2024
17714 E Benbow St
Covina CA 91722
Pmartinezarevalo23@gmail.com
626-278-0064

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219
Re: United States v. Krystal Dipippa

Dear Honorable Judge Ranjan

I am writing this letter on behalf of my niece Krystal Martinez my name is Patricia Martinez, and
I have been the Administrative Coordinator for Cal Poly Pomona University for the past 26
years.  I have been blessed to have Krystal in my life for the past 42 years and am proud to share
my thoughts about her character and the positive impact she has on everyone around her.

As a child Krystal was always a giving and loving child, traits that only deepened as she grew
older. Being the middle child, she embraced her role whole heartedly and made it her mission to
ensure that her family remained close-knit and cared for. She has always been a source of
strength and stability, particularly during challenging times.

When her mother became ill Krystal took on the parental role for her younger siblings making
sure they ate, attended school, completed their homework and maintained a sense of normalcy
despite the difficult circumstances. Her ability to take on such responsibility with grace and
compassion is a testament to her extraordinary character.

One specific memory that stands out is when Krystal was just 15 years old. During this time, I
was a single parent, her cousin wanted to host a sleep over for his birthday recognizing I was
exhausted, Krystal stepped in to help care for a group of 15 boys aged 10 years old. Ensuring that
her cousin had a memorable celebration. Her thoughtfulness and willingness to go above and
beyond in situations like these highlight her selfless and caring nature.

As the years have passed, Krystal has continued to grow into an incredibly compassionate and
giving individual. She is always eager to help others and volunteers for community outreach
whenever she can. She is conscious of the planet and gives from the heart in everything she does.
On every Christmas, birthday or special occasion, Krystal takes the time to call or send a
handwritten note making everyone feel loved or valued.

No matter what life throws at her, Krystal always shows up with a smile. She has a unique ability
to make everyone feel special, even those she's meeting for the first time. Her humility and
warmth naturally draw people to her, and her peaceful, fun-loving soul is truly a gift to those
around her. Krystal would always prefer to have a meaningful conversation than engage in
confrontation, as she is deeply committed to maintaining harmony.

I am so grateful to have a niece like Krystal who loves unconditionally and inspires others through her actions. In truth, this world needs more people like Krystal to be a better place. She is a non-violent, caring individual who only wants happiness for everyone and has unshakable faith in humanity.

As a woman of God, I firmly believe you will also see her as the peaceful and exceptional individual I know her to be.

Thank you in advance for your time and consideration and I humbly look forward to a positive outcome in this matter. Please feel free to contact me if I can be of any further assistance.

Sincerely,

*Patricia Martinez*

Patricia Martinez

# Defendant's Exhibit K

**Matthew Witemyre**
7153 Berry Ave.
Jacksonville, FL 32211
MWitemyre@Peralta.edu
530-264-0863
December 5, 2024

**The Honorable J. Nicholas Ranjan**
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, Pennsylvania 15219

**Re: United States v. Krystal Martinez**

Dear Judge Ranjan,

I am writing to offer my full support for Krystal Martinez as she faces sentencing. I am currently a Professor of Horticulture at Merritt College in Oakland, CA. I have known Krystal for eighteen years, and during this time, I have come to know her as a person of integrity, compassion, and reliability. It is with these qualities in mind that I respectfully ask for your consideration of leniency in her case.

I first met Krystal as her direct supervisor as Field Director for a statewide initiative campaign in 2006. From the outset, I was struck by her honesty, work ethic, and genuine concern for others. Krystal is someone who always goes out of her way to help those around her, whether through offering a kind word, lending a hand in difficult situations, or volunteering her time for causes she cares about. I've seen her organize community events, support friends and family through personal challenges, and provide practical assistance to those in need.

Krystal has always demonstrated a commitment to building a supportive and inclusive environment. She has an innate ability to listen and make people feel heard and valued. When I lost my job and housing at the start of the Covid-19 pandemic in 2020, Krystal did not hesitate to offer her home to me, just as she always has for her friends and community members in need. Her actions speak to her strong sense of responsibility and empathy, traits that I believe will continue to guide her moving forward.

Although I am not able to speak directly to the circumstances surrounding Krystal's case, I can speak to her character, which has always been one of kindness, trustworthiness, and integrity. Krystal is a person who consistently strives to better herself and the lives of others. I am confident that she is committed to making amends and using this experience as an opportunity for growth. I am proud to call Krystal a friend, and I will do whatever I can to support her, including serving as a reference for work.

Krystal has a strong support system and is surrounded by people who believe in her, and I am confident that she will continue to be a positive presence in her community. I respectfully request that

you consider leniency in her sentencing, as I truly believe that Krystal will continue to contribute to the well-being of those around her.

Thank you for your time and consideration. If you would like additional information or if I can offer further support, I am more than willing to be available for testimony in person or virtually.


Sincerely,
Matthew Witemyre

# Defendant's Exhibit L

Rick Kelley
290 Hickory Hill Rd.
Chagrin Falls, OH 44022
(415) 640-3745, mplsrick@gmail.com

December 5, 2024

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219
Re: United States v. Krystal  Dipippa
2:23-cr-00146-NR

Dear Judge Ranjan,

I am writing this letter on behalf of Krystal Martinez- DiPippa, who I first met when we both worked on a ballot initiative campaign nearly 20 years ago. We remained colleagues for several years after that, ultimately collaborating as senior campaign department staff to pass compassionate ballot referenda in Michigan and Massachusetts, and became lifelong friends in the process.

The purpose of this letter is to provide her a character reference, and to add some context that may be useful to the court. The crucial point I want to convey is that, in ways large and small, Krystal is guided by deep compassion and civic engagement. Throughout our professional time together, she often served in a frontline capacity, directly serving and interfacing with the people most affected by the policies we sought to change. The simple reason for this is that she cares deeply about people as individuals, and people from all walks of life instinctively sense her empathy and rock-solid commitment to improving the world around her.

I know all this to be borne out in Krystal's more recent professional work as well, and I know that this deep compassion also animates her personal, family, and community life. She is someone you can turn to for help and support, and who brings her whole self to each encounter. She speaks honestly, from the heart, and keeps her word – precious qualities in a friend, family member, colleague, mentor, and neighbor.

I respectfully request the court's leniency in Krystal's sentencing. This is someone who strives to make positive changes every day in her community, and has been doing that wherever she's found herself in the two decades I've known her. She has my whole-hearted support, and I'd gladly offer whatever additional testimony or information might be useful to the court. I'm grateful for your consideration.

Respectfully,
Rick Kelley

# Defendant's Exhibit M

Dr. Sara E. Cannon
University of British Columbia
219-5728 Gray Avenue
Vancouver, BC V6S 0M4 Canada

November 29, 2024

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

**Re: United States v. Krystal Martinez-Di Pippa**
**Case No. 2:23-cr-00146-NR**

Dear Honorable Judge Ranjan,

My name is Sara Cannon, and I am a conservation scientist and postdoctoral research fellow at the University of British Columbia in Vancouver, BC, Canada. I am writing to provide a character reference for Ms. Krystal Martinez-DiPippa, who is facing sentencing in the above-referenced case. I have known Krystal since 2006, when we worked together for a drug policy nonprofit. Over the years, Krystal has become family to my son and me, demonstrating incredible generosity, kindness, and unwavering support during some of the most challenging times in our lives.

Krystal is deeply committed to making the world a better place. She cares profoundly for her friends and family, going out of her way to support those she loves. As a single parent who put myself through both undergraduate and graduate school while raising my son alone, I experienced her remarkable kindness firsthand. During the five years I spent earning my undergraduate degree and the seven years pursuing both a master's and a Ph.D., Krystal was a constant source of support. When I had to travel for research, she didn't hesitate to drive hours to attend my son's school events on my behalf, ensuring that he felt loved and supported. These selfless acts were not obligations to Krystal—they were expressions of the care and bond that make her family to us.

Krystal's generosity and kindness inspire me daily. She shows extraordinary care for others, always putting their needs above her own. Her compassion extends beyond her immediate circle to her community. She consistently checks on her neighbors and volunteers for causes she is passionate about in Pittsburgh. Krystal's actions reflect her deep sense of responsibility and commitment to helping others, embodying the kind of person who strengthens her community and inspires those around her.

Krystal is dedicated to making positive changes in her life and the lives of those around her. She is determined to continue contributing to her community and fostering the relationships that matter most to her. Her strong character, coupled with her commitment to growth, ensures that she will move forward in a way that benefits her loved ones and society as a whole.

I respectfully ask Your Honor to consider leniency in Krystal's sentencing. I am confident that, with the right opportunities and support, she will continue to make meaningful contributions to those around her. I remain fully committed to supporting Krystal in any way I can. If it would assist the Court, I would be honored to testify on Krystal's behalf, either in person or via video conferencing.

Thank you for taking the time to read my letter and for considering my perspective. Please do not hesitate to contact me if further information is required.

Sincerely,

Dr. Sara E. Cannon

# Defendant's Exhibit N

To Honorable Judge,

I'm reaching out to share how Krystal Martinez has impacted the world.
From being a little girl leading the preschoolers in activities & defending the less fortunate. To protecting her older sister in rough situations where people would pick on her. She also took care of her 2 younger siblings & her mother when the divorce became difficult, and she continues to look out for us to this day. Her Love is deep. You see she possess this selfless way about her to care & nurture; where fairness and kindness rule for everyone.

In her elementary days in the diverse communities of Monterey Park, Montebello etc. throughout high school her peers looked up to her because she did not always conform to the standard narrative. I could see she was trying to be a teenager figuring out the world. She was considered the black sheep of the family for a while as she traveled, learned & read many books to gain knowledge and understanding of history and the world.

Krystal is a person with integrity, morals & compassion and demonstrates these traits daily with her family and community. She is the glue that binds us. Her guiding light has helped me her mother physically & mentally on many occasions. Krystal may be small in stature, but her heart and love is grand. She has had a life of servitude helping change the world for a better future. Krystal has friends in different places of this world that all look up to her. I look up to her,  I am honored to be Krystals mother.

Thank you,

*Diana Martinez*

# Defendant's Exhibit O

Lindsey Shively
Faculty Chair, Diablo Valley College Library
4526 Pampas Ave, Oakland CA
510-684-2589
lshively@dvc.edu

**11/25/2024**

Honorable J. Nicholas Ranjan, Judge
United States District Court
Joseph F. Weis, Jr. U.S. Courthouse
700 Grant Street,
Pittsburgh, Pennsylvania 15219

**Re: Character Reference for Krystal Martinez DiPippa**

Dear Judge Ranjan,

I am writing this letter to provide a character reference for Krystal Martinez DiPippa who I have had the privilege of knowing for the past 14 years. We first met in Minneapolis as part of a social justice community group. Since that time, I have come to know Krystal as a deeply compassionate, principled, and community-oriented individual who cares profoundly about creating a better world for those around her.

Over the years, I have observed Krystal consistently demonstrate integrity and a commitment to her community. Whether working with survivors of domestic abuse, volunteering at the local radio station, or providing support to friends and community members, she approaches every situation with thoughtfulness, empathy, and a genuine desire to make a positive impact.

I have also had the honor of getting to know Krystal's family over the years and witnessing the strong, enduring relationships she maintains with friends and loved ones across the country, including her young niece Gianna, who recently turned 1. These bonds speak to her reliability, loyalty, and the high regard in which she is held by those who know her.

In my professional capacity as Faculty Chair of the Diablo Valley College Library in Pleasant Hill, California, I work daily with individuals who seek to better themselves and their communities. This role has given me a deep appreciation for the importance of character, resilience, and commitment to personal growth—qualities I see clearly in Krystal

I respectfully ask that you consider leniency in Krystal's sentencing. I am confident that with the continued support of her family and community, she will move forward with the same dedication to making a difference that has defined her life thus far.

Thank you for considering my letter. Please feel free to contact me if I can provide any further information.

Sincerely,

Lindsey Shively

# Defendant's Exhibit P

December 6, 2024

Dear Honorable Judge,

This letter is to serve as a character letter for my sister, Krystal DiPippa. To know my sister is to know someone who has and continues to be compassionate, kind, giving and brave. Having grown up with her and seeing her evolve into who she is today, those key characteristics have never changed, never waivered.

She has always, since she was a child, thought about those that were around here and how to make things better. She would befriend anyone who seemed to be on the fringe and not included. She would shine her bright light on them and make them feel that they were important and included. She didn't care what other people thought when she did this, just that she wanted everyone to feel loved. It was amazing to see someone, as young as in preschool, being so accepting to those around her.

My sister is also one that has shown bravery throughout her life. As the older sister, you would think that I would have been the protective one. But as an introvert, that was not always the case. Krystal, on the other hand, was the one who would speak up for me when I couldn't. Would offer support and protection, even though she was just a small spitfire. I learned from her how to speak up for myself and know that it was ok to ask for what I wanted and strive to be who I wanted to be.

When our mother was ill and I was away at college, she was the one that helped with our younger siblings without complaint and  with a smile on her face. She was their rock and guiding light at a difficult time for all of us. No one asked her to step in, she just did because it was what was needed and WE needed her. That outlook of hers has continued to be what she follows in her life, "how can I be of service to others".

I know in my heart that my sister will take any diversity and have it evolve into something that she can learn and grow from. And when she learns and grows, she becomes an even bigger asset to her family, her community and those around her. She will continue to have her family and friends unwavering support because we see all that others are not privileged to see. A light in the dark, strength is a small frame, and unending love.


SIncerely,

Selina Stewart, MS, LNHA